

**Fox Rothschild** LLP
ATTORNEYS AT LAW

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900 Fax 212.692.0940
www.foxrothschild.com

JASON B. JENDREWSKI
Direct Dial: 212-878-7952
Email Address: JJendrewski@FoxRothschild.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2021

April 26, 2021

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Nisbett v. Georgie & Toms Food Co. P.B.C.* (1:21-cv-02479) (AT) (SLC)
**Request for Extension of Time to Respond to Complaint and for Adjournment of Initial Pretrial Conference**

Dear Judge Torres:

We have been retained to represent Georgie & Toms Food Co. P.B.C. ("Defendant") in the above-referenced matter. On behalf of Defendant, and with the consent of plaintiff Kareem Nisbett ("Plaintiff"), we respectfully request a 30-day extension of time for Defendant to respond to the Complaint and a 30-day adjournment of the Initial Pretrial Conference. As we just were retained, additional time is requested so that we may investigate Plaintiff's claims and prepare our defenses. Additionally, the parties desire an opportunity to engage in discussions regarding this matter prior to the filing of a responsive pleading and the commencement of formal discovery.

This application is Defendant's first request for an extension of time for responding to the Complaint and for an adjournment of the Initial Pretrial Conference. Upon information and belief, Defendant's response to the Complaint currently is due on April 27, 2021, and the Initial Pretrial Conference is scheduled to take place on May 20, 2021. If granted, Defendant would respond to the Complaint by May 27, 2021, and the Initial Pretrial Conference would take place on or after Monday, June 21, 2021. The requested extension and adjournment would not affect any other scheduled dates, except for the deadline for the parties' Joint Letter and Proposed Case Management Plan and Scheduling Order, which the parties would submit one week prior to the Conference.

GRANTED in part, DENIED in part. By **May 27, 2021**, Defendant shall answer or otherwise respond to the complaint. The initial pretrial conference will take place as scheduled on May 20, 2021.

SO ORDERED.

Dated: May 3, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge