USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_5/19/2021\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT, Individually and on behalf of all other persons similarly situated,

      Plaintiff,

-against-

GEORGIE & TOM'S FOOD CO. P.B.C.,

      Defendant.

21 Civ. 2479 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has been advised that the parties have reached a settlement in principle. ECF No. 14. The above-titled action shall be dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five days of the date of this Order if the settlement is not consummated.

  Any application to reopen must be filed <u>within forty-five days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same forty-five day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

  Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

  SO ORDERED.

Dated: May 19, 2021
   New York, New York

                ANALISA TORRES
              United States District Judge